LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89101
(702) 386-0536; Fax (702) 386-6812
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JANET WITT,

   Plaintiff,

vs.

COUNTY OF CLARK, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; DOES I through X; and ROES I through X, inclusive,

   Defendants.

Case No. 2:10-cv-0762-PMP-LRL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW the parties, by and through their counsel, and hereby stipulate to an Order dismissing the above-captioned action with prejudice, based upon a stipulated settlement of this matter to the satisfaction of the parties, each party to bear its costs and attorney's fees incurred herein.

DATED this 24 day of January, 2011.

LAW OFFICES OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89101
Attorney for Plaintiff

FREEMAN & ASSOCIATES

_____
ROBERT W. FREEMAN, JR., ESQ.
Nevada State Bar No. 003062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorney for Defendant

### ORDER

IT IS SO ORDERED.

DATED this 26th day of January, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE